IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTINEZ,<br><br>      Petitioner,<br><br>  v.<br><br>G.E. LEWIS, Warden,<br><br>      Respondent. | Case No.: C 13-5742 CW (PR)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE PETITION<br><br>Doc. no. 5 |

     This action was opened on December 11, 2013, when a motion for appointment of counsel was construed as an attempt by Petitioner to file a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 3, 2014, the Clerk of the Court sent Petitioner a notice that he did not submit a petition with his pleading. The notice warned Petitioner that if he did not submit a petition within twenty-eight days from the date of the notice, his action would be dismissed and the file closed. The petition was due on January 31, 2014.

     On February 3, 2014, Petitioner filed the instant motion for an additional thirty days to file his petition. For good cause,

1  the Court grants this motion.  The petition is now due on March 3,
2  2014.
3       IT IS SO ORDERED.

Dated: 2/7/2014

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE