IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**JOSE MARTINEZ,**

　　　　　　　　　　　　　　Petitioner,

　　　v.

**G.E. LEWIS, Warden,**

　　　　　　　　　　　　　　Respondent.

Case No. C 13-5742 CW (PR)

**ORDER**

　　　IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order filed by this Court on March 21, 2014, will be extended to July 21, 2014.  Petitioner's response, if any, shall be filed and served within 30 days of service of the answer.

Dated:　　6/19/2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　The Honorable Claudia Wilken

1

[Proposed] Order (C 13-5742 CW (PR))