UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTINEZ,<br><br>   Petitioner,<br><br> v.<br><br>G. E. LEWIS,<br><br>   Respondent. | Case No. 13-cv-05742-CW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE<br><br>Re: Dkt. No. 19 |

  Petitioner Jose Martinez filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 14, 2014, the Court issued an order for Respondent to show cause why the petition should not be granted.  On September 11, 2014, Respondent filed his answer and memorandum of points and authorities in support of the answer.  Petitioner's traverse was due by October 21, 2014, but he did not file one.  On February 17, 2014, Petitioner sent a letter to the Court, written in Spanish.

  The Court construes the letter as a request for an extension of time in which to file his traverse, which is granted.  Petitioner's traverse is now due within twenty-eight days from the date of this Order.

  IT IS SO ORDERED.

Dated: March 12, 2015

_____
CLAUDIA WILKEN
United States District Judge